# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH LADALE WOOD, | ) |
| Plaintiff, | ) |
| v. | ) Case No.  7:16-cv-01306-KOB-TMP |
| WARDEN WILLIE THOMAS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on January 13, 2017, recommending this action be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief can be granted.  (Doc. 6).  Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days, and granted an extension to February 14, 2017, he has filed no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation.  Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), the court finds that this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

The court will enter a separate Final Order.

DONE and ORDERED this 27th day of February, 2017.

                                              */s/ Karon O. Bowdre*
                                              **KARON OWEN BOWDRE**
                                              CHIEF UNITED STATES DISTRICT JUDGE